| UNITED STATES BANKRUPTCY COURT<br>NEW JERSEY | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pem Systems, Inc. dba Pem-All Fire Extinguisher Co.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): **22-1456115** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**39 A Myrtle Ave.**<br>**Cranford, New Jersey**<br>ZIP CODE **07016** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**UNION** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other **See Attachment 1** | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check **one** box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."　　☒ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☒ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☒ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☒ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☒ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Pem Systems, Inc. dba Pem-All Fire Extinguisher Co.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)     (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Pem Systems, Inc. dba Pem-All Fire Extinguisher Co.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

**NONE**
(Printed Name of Foreign Representative)

**September 13, 2013**
Date

### Signature of Attorney*

X **s/Bunce D. Atkinson, Esq.**
Signature of Attorney for Debtor(s)
**Bunce D. Atkinson, Esq.**
Printed Name of Attorney for Debtor(s)
**Atkinson & DeBartolo PC**
Firm Name
**2 Bridge Ave.**
**Red Bank, New Jersey 07701**
Address
**(732) 530-5300**
Telephone Number
**September 13, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/Thomas G. Moskaluk**
Signature of Authorized Individual
**Thomas G. Moskaluk**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**September 13, 2013**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# Attachment

**Attachment 1**

**Manufacturing of Fire Extinguisher Systems**

B 203
(12/94)

# United States Bankruptcy Court
**NEW JERSEY**

**In re**

**Pem Systems, Inc. dba Pem-All Fire Extinguisher Co.**

Case No. _____

**Debtor**

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................... $ **7,000.00**

   Prior to the filing of this statement I have received ............................. $ **7,000.00**

   Balance Due ....................................................... $ **0.00**

2. The source of the compensation paid to me was:

   [X] Debtor          [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [ ] Debtor          [X] Other (specify) **Shareholder of the Debtor**

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e. [Other provisions as needed]

**Preparation of Disclosure Statement, Plan and Ballots. Review of Monthly Operating Reports, attending Court Hearings and representing the Debtor in connection with Chapter 11 Proceeding. Counsel will be retained pursuant to Order of the Court.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Any appeal decision of the United States Bankruptcy Court or any State Court proceedings.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

**September 13, 2013**         _____**s/Bunce D. Atkinson, Esq.**_____
*Date*                                          **Bunce D. Atkinson, Esq.**
                                                            *Signature of Attorney*

                                         **Atkinson & DeBartolo PC**
                                                  *Name of law firm*

In re **Pem Systems, Inc. dba Pem-All Fire Extinguisher Co.**        ,    Case No. _____
                                                  **Debtor**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Admiral Metal<br>11 Forbes Road<br>Woburn, MA 01801 | | | Outstanding bill | | | X | $2,531.50 |
| ACCOUNT NO.<br>Ansell Grimm & Aaron<br>1500 Lawrence Ave.<br>Ocean, NJ 07712 | | | Legal fees | | | X | $4,026.60 |
| ACCOUNT NO.<br>Conway Freight Co.<br>PO Box 5160<br>Portland, OR 97208-5160 | | | Freight charges | | | X | $3,946.69 |
| ACCOUNT NO.<br>Custom Fabricators<br>400 Commerce Road<br>Linden, NJ 07036 | | | Past due invoices. | | | X | $2,614.60 |

    __4__ continuation sheets attached

Subtotal ➤   $ **13,119.39**

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Pem Systems, Inc. dba Pem-All Fire Extinguisher Co.**,_____,   Case No. _____
              **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Estate of Pearl Scofield <br> c/o Betty Lincourt <br> 675 Gitts Run Road <br> Hanover, PA 17331 | | | Loan by former employee | | | X | $15,000.00 |
| ACCOUNT NO. <br><br> G&C Valves <br> 4525 East Industrial St. #4C <br> Simi Valley, CA 93063 | | | Past due invoices. | | | X | $8,511.45 |
| ACCOUNT NO. <br><br> Gruner Brass <br> PO Box 120318 <br> Brooklyn, NY 11212 | | | Lawsuit pending. | | | X | $19,966.68 |
| ACCOUNT NO. <br><br> IRS Steel Fire <br> 150 Superior Blvd. <br> Mississauga Ontario, Canada L5T 2L2 | | | Past due invoices. | | | X | $7,977.50 |

Sheet no. __1__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤     $ **51,455.63**

Total➤     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Pem Systems, Inc. dba Pem-All Fire Extinguisher Co.**  ,   Case No. _____
     **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2-13<br>Jed Efrus<br>114 Orchard St.<br>Cranford, NJ 07016 | | | Landlord/Tenant Lawsuit in Superior Ct. of NJ - Union Cty. LT-8972-13 for non-payment of rent. | | | X | $34,495.85 |
| ACCOUNT NO.<br>Jefferson Solenoid Valves<br>20225 NE 15th Court<br>Miami, FL 33179 | | | Outstanding bill | | | X | $8,593.75 |
| ACCOUNT NO.<br>Kidde De Mexico<br>Av.Divisdion del Golfo 3308<br>87019 Cd. Victoria,<br>Tamaulipas, Mexico | | | Past due invoices. | | | X | $33,373.33 |
| ACCOUNT NO.<br>Kidde Fenwal<br>400 Main St.<br>Ashland, MA 01721 | | | Outstanding bill. | | | X | $17,400.00 |

Sheet no. **2** of **4** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ **93,862.93**

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Pem Systems, Inc. dba Pem-All Fire Extinguisher Co.** _____, Case No. _____
                **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Lomurro Davison Eastman & Munoz** <br> **100 Willowbrook Rd. Bldg. 1** <br> **Freehold, NJ 07728** | | | **Legal Fees.** | | | X | $26,791.07 |
| ACCOUNT NO. <br> **New Penn Motor** <br> **36 Hackensack Ave.** <br> **South Kearny, NJ 07032** | | | **Outstanding bill.** | | | X | $24,300.18 |
| ACCOUNT NO. <br> **OSECO** <br> **1701 West Tacoma** <br> **Broken Arrow, OK 74012** | | | **Collection Notice** | | | X | $2,774.75 |
| ACCOUNT NO. <br> **Potter Electric Signal** <br> **5757 Phantom Dr. - Ste. 125** <br> **St. Louis, MO 63101** | | | **Past due invoices.** | | | X | $4,843.22 |

Sheet no. __3__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤    $ **58,709.22**

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __Pem Systems, Inc. dba Pem-All Fire Extinguisher Co._____,    Case No. _____
            **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Remtec International<br>1100 Haskins Rd.<br>Bowling Green, OH 43402** | | | **Outstanding bill.** | | | X | **$14,665.36** |
| ACCOUNT NO.<br><br>**Solenoid Solutions<br>2251 Manchester Road<br>Erie, PA 16506** | | | **Outstanding bill** | | | X | **$8,800.00** |
| ACCOUNT NO.<br><br>**United Fire<br>1 Mark Road<br>Kenilworth, NJ 07033** | | | **Past due invoices.** | | | X | **$3,341.79** |
| ACCOUNT NO.<br><br>**Worthington Cylinders<br>PO Box 532575<br>Atlanta, GA 30353** | | | **Outstanding bill** | | | X | **$24,468.03** |

Sheet no. __4__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤    $ **51,275.18**

Total➤    $ **268,422.35**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NEW JERSEY

In re   Pem Systems, Inc. dba Pem-All Fire Extinguisher Co.,          Case No. _____
                        Debtor

                                                                       Chapter          11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Jed Efrus<br>114 Orchard St.<br>Cranford, NJ 07016 | | Rental arrears | This claim is disputed. | $34,495.85 |
| Kidde De Mexico<br>Av.Divisdion del Golfo 3308<br>87019 Cd. Victoria, Tamaulipas, Mexico | | Past due invoices | This claim is disputed. | $33,373.33 |
| Lomurro Davison Eastman & Munoz<br>100 Willowbrook Rd. Bldg. 1<br>Freehold, NJ 07728 | | Legal fees | This claim is disputed. | $26,791.07 |
| Worthington Cylinders<br>PO Box 532575<br>Atlanta, GA 30353 | | Outstanding bill | This claim is disputed. | $24,468.03 |
| New Penn Motor<br>36 Hackensack Ave.<br>South Kearny, NJ 07032 | | Pending lawsuit | This claim is disputed. | $24,300.18 |
| Gruner Brass<br>PO Box 120318<br>Brooklyn, NY 11212 | | Lawsuit filed | This claim is disputed. | $19,966.68 |

B 4 (Official Form 4) (12/07)

| | | | | |
|---|---|---|---|---|
| Kidde Fenwal<br>400 Main St.<br>Ashland, MA 01721 | | Outstanding bill | This claim is disputed. | $17,400.00 |
| Estate of Pearl Scofield<br>c/o Betty Lincourt<br>675 Gitts Run Road<br>Hanover, PA 17331 | | Loan by former employer | This claim is disputed. | $15,000.00 |
| Remtec International<br>1100 Haskins Rd.<br>Bowling Green, OH 43402 | | Outstanding bill | This claim is disputed. | $14,665.36 |
| Solenoid Solutions<br>2251 Manchester Road<br>Erie, PA 16506 | | Lawsuit filed | This claim is disputed. | $8,800.00 |
| Jefferson Solenoid Valves<br>20225 NE 15th Court<br>Miami, FL 33179 | | Outstanding bill | This claim is disputed. | $8,593.75 |
| G&C Valves<br>4525 East Industrial St. #4C<br>Simi Valley, CA 93063 | | Past due invoices | This claim is disputed. | $8,511.45 |
| IRS Steel Fire<br>150 Superior Blvd.<br>Mississauga Ontario, Canada L5T 2L2 | | Past due invoices | This claim is disputed. | $7,977.50 |
| Potter Electric Signal<br>5757 Phantom Dr. - Ste. 125<br>St. Louis, MO 63101 | | Past due invoices | This claim is disputed. | $4,843.22 |
| Ansell Grimm & Aaron<br>1500 Lawrence Ave.<br>Ocean, NJ 07712 | | Legal fees | This claim is disputed. | $4,026.60 |
| Conway Freight Co.<br>PO Box 5160<br>Portland, OR 97208-5160 | | Freight charges | This claim is disputed. | $3,946.69 |

B 4 (Official Form 4) (12/07)

| | | | |
|---|---|---|---|
| United Fire<br>1 Mark Road<br>Kenilworth, NJ 07033 | Past due invoices | This claim is disputed. | $3,341.79 |
| OSECO<br>1701 West Tacoma<br>Broken Arrow, OK 74012 | Collection Notice | This claim is disputed. | $2,774.75 |
| Custom Fabricators<br>400 Commerce Road<br>Linden, NJ 07036 | Past due invoices | This claim is disputed. | $2,614.60 |
| Admiral Metal<br>11 Forbes Road<br>Woburn, MA 01801 | Outstanding bill | This claim is disputed. | $2,531.50 |

Date: September 13, 2013

s/Thomas G. Moskaluk
Debtor

# DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Thomas Moskaluk, the president of Pem Systems, Inc. dba Pem-All Fire Extinguisher Co. named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date:   September 13, 2013            s/Thomas G. Moskaluk
                                      Thomas Moskaluk, President

**UNITED STATES BANKRUPTCY COURT**
**New Jersey**

In re: **Pem Systems, Inc. dba Pem-All Fire Extinguisher Co.**

**Debtors**

Case No. _____

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: **September 13, 2013**    Signed: **s/Thomas G. Moskaluk**

Dated: _____    Signed: _____

See Attachment

**s/Bunce D. Atkinson, Esq.**
**Bunce D. Atkinson, Esq.**
**Attorney for Debtor(s)**
**Bar no.: 9186**
**2 Bridge Ave.**
**Red Bank, New Jersey 07701**
**Telephone No: (732) 530-5300**
**Fax No: (732) 530-9877**

# Attachment

Attachment 1

Signed: _____

```
Admiral Metal
11 Forbes Road
Woburn, MA 01801



Ansell Grimm & Aaron
1500 Lawrence Ave.
Ocean, NJ 07712



Conway Freight Co.
PO Box 5160
Portland, OR 97208-5160



Custom Fabricators
400 Commerce Road
Linden, NJ 07036



Estate of Pearl Scofield
c/o Betty Lincourt
675 Gitts Run Road
Hanover, PA 17331



G&C Valves
4525 East Industrial St. #4C
Simi Valley, CA 93063



Gruner Brass
PO Box 120318
Brooklyn, NY 11212



IRS Steel Fire
150 Superior Blvd.
Mississauga Ontario, Canada L5T 2L2



Jed Efrus
114 Orchard St.
Cranford, NJ 07016
```

Jefferson Solenoid Valves
20225 NE 15th Court
Miami, FL 33179


Kidde De Mexico
Av.Divisdion del Golfo 3308
87019 Cd. Victoria, Tamaulipas, Mexico


Kidde Fenwal
400 Main St.
Ashland, MA 01721


Lomurro Davison Eastman & Munoz
100 Willowbrook Rd. Bldg. 1
Freehold, NJ 07728


New Penn Motor
36 Hackensack Ave.
South Kearny, NJ 07032


OSECO
1701 West Tacoma
Broken Arrow, OK 74012


Potter Electric Signal
5757 Phantom Dr. - Ste. 125
St. Louis, MO 63101


Remtec International
1100 Haskins Rd.
Bowling Green, OH 43402


Solenoid Solutions
2251 Manchester Road
Erie, PA 16506

```
United Fire
1 Mark Road
Kenilworth, NJ 07033


Worthington Cylinders
PO Box 532575
Atlanta, GA 30353
```